# EXHIBIT 1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN PRESIDENT LINES, LLC, APL MARITIME, LTD., APL MARINE SERVICES, LTD., <br><br> Plaintiffs, <br><br> v. <br><br> MATSON NAVIGATION COMPANY, INC., MATSON LOGISTICS, INC., <br><br> Defendants. | Civil Action No. 21-2040 <br> Judge: Hon. Christopher R. Cooper |

## **[PROPOSED] ORDER**

Upon consideration of Defendants Matson Navigation Company, Inc. and Matson Logistics, Inc.'s Brief in Support of Compelling Plaintiffs' Response to Discovery Requests, and APL Plaintiffs Brief in Response in Opposition to Defendants' Argument that APL must Produce Documents in the Possession of Third Parties;

**IT IS HEREBY ORDERED** that the APL Plaintiffs shall not be required to search and produce documents in the possession of CMA CGM S.A. ("S.A.") or CMA CGM (America) LLC ("CCA").

**IT IS SO ORDERED.**

Dated:_____, 2023

_____
Hon. Christopher R. Cooper
United States District Judge