# EXHIBIT 2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN PRESIDENT LINES, LLC, APL MARITIME, LTD., APL MARINE SERVICES, LTD.,<br><br>Plaintiffs,<br><br>v.<br><br>MATSON NAVIGATION COMPANY, INC., MATSON LOGISTICS, INC.,<br><br>Defendants. | Civil Action No. 21-2040<br><br>Judge: Hon. Christopher R. Cooper |

## DECLARATION OF MARY ALEXANDER-BRADLEY

1. My name is Mary Alexander-Bradley, and I am a Vice President and the Chief Financial Officer for American President Lines, LLC. This declaration provides explanation about the above-listed American President Line plaintiffs ("APL") relative to the French company CMA CGM S.A. ("S.A.") and CMA CGM (America) LLC ("CCA"). This declaration is based on my personal knowledge and experience, information available to me as an APL employee, and public information.

2. The APL entities are private Delaware companies. American President Lines, LLC wholly owns APL Maritime, Ltd and APL Marine Services, Ltd.

3. APL operates a U.S.-Flag ocean vessel fleet that moves container cargo from point to point. APL entities own the U.S.-Flag vessels APL operates, acquired at market value rates. APL's current shipping routes are the U.S. West Coast and Asia (including Guam), and APL also serves the U.S. East Coast and the Middle East.

4. S.A. is a privately owned French company with headquarter offices in Marseille. Public information indicates that S.A.'s businesses employ over 150,000 people at more than 420 offices in about 160 countries.

5. CCA is private New Jersey company that is the U.S. agent for S.A. As a U.S. agent, CCA handles administration of importing and exporting, customs, and intermodal transportation for cargo. Public information indicates that CCA has 11 offices in the United States. CCA is not an ocean carrier like APL.

6. APL began its current containership service with Guam in 2015. At that time, APL entities were subsidiaries of a Singapore company, Neptune Orient Lines ("NOL").

7. I understand an entity associated with S.A. acquired NOL in late 2016, resulting in APL becoming a distant subsidiary of S.A. Currently American President Lines, LLC is a wholly owned subsidiary of APL Investments America, LLC, a Delaware limited liability company. APL Investments America, LLC, is a subsidiary of CMA CGM Asia Pacific Liner Pte. Ltd., a Singapore private limited company. CMA CGM Asia Pacific Liner Pte. Ltd. is a wholly owned subsidiary of CMA CGM Asia Pacific Limited, a Singapore company. CMA CGM Asia Pacific Limited is a subsidiary of CMA CGM S.A.

8. APL makes and maintains its own corporate records. APL conducts its director and manager meetings independent of S.A. and CCA.

9. APL has its own employees who are paid by APL entities for their APL work. APL entities employ approximately 500 individuals. All of the APL individuals in Guam are APL employees.

10. APL maintains its own headquarters in Arlington, Virginia. APL does not share offices with S.A. employees in the United States. There are two APL employees working out of CCA's Norfolk, Virginia office.

11. I understand that APL maintains its own file server systems for its offices, and that APL's email and data systems restrict access to non-APL entities. I understand S.A. and CCA also have their own systems and restrictions on access.

12. APL maintains its own financial records. American President Line, LLC accounts for its own business operations revenues and expenses, independent of S.A. and CCA, and American President Line, LLC generates annual financial statements for its business operations.

13. The APL plaintiffs each have their own sets of directors, officers, and executives. None of the APL plaintiffs' directors, officers, or executives are also directors, officers, or executives of S.A.

14. For 2021, the latest year for which there are financial reports available for both entity groups, APL's revenue and net profit were less than 1% of the total revenue and net profit reported for the "CMA CGM Group."

15. The CMA CGM Group is not an actual entity but a trade name for the collection of the many entities associated with S.A., which includes air transport, newspapers, and television businesses in addition to ocean shipping.

16. Some APL employees display "CMA CGM Group" logos, in addition to the more prominent "American President Lines" mark and contact information, on their email footers. This does not indicate that they are employed by "CMA CGM Group," but rather that APL is one of the many companies associated with CMA CGM.

17. APL does not have ownership in CCA or *vice versa*. CCA is a distant "sibling" entity. I understand CCA is owned by a French company CMA CGM Agencies Worldwide which, in turn, is owned by another French company, S.A.

18. Among the directors, officers, and executives for the APL plaintiffs, there is (1) one individual who overlaps with CCA, Peter Levesque. He has been CCA's president and separately an APL director and/or officer since December 2022.

19. Mr. Levesque reports to different director or management groups for CCA and for the APL plaintiffs, and his decisions are for CCA and the APL plaintiffs are executed by different directors, officers, executives, or managers for CCA and for the APL plaintiffs.

20. Rodolph Saadé is not, and has not been, the chairman of the board of any of the APL plaintiffs. Instead, I understand that he is the Chief Executive Officer and Chairman for S.A.

21. Stephane Courquin is not, and has not been, the CEO of any of the APL plaintiffs. Instead, I understand that he was employed by a Singapore company, CMA CGM Asia Pacific Liner Pte. Ltd.

22. In my experience, APL cannot require that either S.A. or CCA provide their documents to APL. Both S.A. and CCA are privately-owned companies, with ownership distinct from APL and APL has no authority to tell S.A. or CCA what to do.

23. APL cannot obtain access to S.A.'s non-public or confidential documents or data upon request. In my experience, S.A. exercises a high degree of scrutiny in determining whether or not to provide access. S.A. is restrictive regarding disclosure of its private financial and commercial information.

24. I understand that S.A. has informed APL that S.A.'s documents are subject to French laws that limit disclosure.

25. I also understand that in the ordinary course of business, APL does not (and could not) command or receive documents from S.A., or from CCA with the exception of documents relating to limited "back office" and "support" work described below.

26. American President Lines, LLC (and one of its predecessor entities) has service agreements with CCA for the outsourcing of limited "back office" and "support" tasks. Pursuant to agreement, CCA provides support that includes information technology ("IT") equipment and services, and limited port logistics such as generating daily terminal updates, tracking empty containers, and generating equipment location forecasts. American President Lines, LLC provides support that includes maintenance and repair for container equipment at one port, the generation of cargo-related documentation, and customer support for certain types of cargo.

27. The service agreements with CCA were negotiated at arms-length. They provide for monthly bills and payments of renumeration for the "back office" and "support" tasks, based on operating expenses/costs plus a margin. They also specify that CCA and APL act as independent contracting companies, and not as employers, employees, or agents, in providing "back office" and "support" tasks.

28.     I understand that the HERODOTE has the capacity to carry 1713 TEUs and DAKAR has the capacity to carry 1732 TEUs. Currently each vessel has substantial excess capacity in calls on Guam.

I declare under penalty of perjury that the foregoing is true and correct.

Executed:  May 30, 2023                              */s/ Mary Alexander-Bradley*
                                                                     Mary Alexander-Bradley