UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **AMERICAN PRESIDENT LINES, LLC** *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>**MATSON, INC.** *et al.*,<br><br>Defendants. | Case No. 21-cv-02040 (CRC) |

## ORDER

Having considered the parties' positions in the [83] Joint Notice, the Court hereby orders the following.

APL shall produce responsive documents from the custodial files of Adam Peterson and Lars Kastrup. The Court expects the parties to work together on appropriate search terms.

APL shall not be required to produce documents from the custodial files of Chad Ballard or Robert "Tom" Colson.

**SO ORDERED.**

CHRISTOPHER R. COOPER
United States District Judge

Date: September 15, 2023