UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**AMERICAN PRESIDENT LINES, LLC** *et al.*,

        Plaintiffs,

v.

**MATSON, INC.** *et al.*,

        Defendants.

Case No. 21-cv-02040 (CRC)

## ORDER

Having considered the arguments raised during the December 14, 2023 discovery call and the parties' joint submission [ECF No. 103], the Court finds the following. Each party shall have ten hours to depose the other side's expert witness. The party deposing the witness may choose how to allocate those ten hours across a maximum of two days and may elect to notice the first deposition prior to January 11, 2024 (when rebuttal expert reports are due).

The Court does not find Matson has demonstrated "good cause" to diverge from Federal Rule of Civil Procedure 30(d)(1)'s default of one "deposition limited to 1 day of 7 hours." Fed. R. Civ. P. 30(d)(1). But the correspondence between the parties indicates the existence of, at minimum, an implicit understanding that expert witnesses would sit for multiple depositions. See id. (providing for exceptions when "otherwise stipulated").

The parties shall cooperate in scheduling the depositions at mutually convenient times.

**SO ORDERED.**

                                                  CHRISTOPHER R. COOPER
                                                  United States District Judge

Date: December 20, 2023