## PLACEHOLDER FOR DOCUMENT FILED UNDER SEAL

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN PRESIDENT LINES, LLC, APL MARITIME, LTD., APL MARINE SERVICES, LTD., <br><br>                      Plaintiffs, <br><br>      v. <br><br> MATSON NAVIGATION COMPANY, INC., MATSON LOGISTICS, INC., <br><br>                     Defendants. | No. 1:21-cv-2040-CRC <br><br> **ORAL ARGUMENT REQUESTED** |

## DEFENDANTS' MEMORANDUM IN SUPPORT OF MOTION TO EXCLUDE THE OPINIONS AND TESTIMONY OF FREDERICK R. WARREN-BOULTON, PH.D