**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| |
|---|
| **AMERICAN PRESIDENT LINES, LLC** *et al.*, |
| Plaintiffs, |
| v. |
| **MATSON, INC.** *et al.*, |
| Defendants. |

Case No. 21-cv-02040 (CRC)

## <u>ORDER</u>

Having considered the arguments raised during the March 6, 2024 discovery call, the Court finds APL has not established "good cause" to modify the scheduling order.  Fed. R. Civ. P. 16(b)(4).  APL was aware of the importance of DHX and its former president long before October 2023 and could have taken steps to depose the former president during the almost eleven months for fact discovery in this case.  After APL failed to do so, the Court does not find Matson's declaration from another DHX representative or the recent documents APL received from DHX constitute good cause for modification—months after discovery closed and in the middle of summary judgment briefing.

**SO ORDERED.**

_____
CHRISTOPHER R. COOPER
United States District Judge

Date:  <u>March 8, 2024</u>