IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN PRESIDENT LINES, LLC, APL MARITIME, LTD., APL MARINE SERVICES, LTD., | Civil Action No. 21-2040 |
| Plaintiffs, | Judge:  Hon. Christopher R. Cooper |
| v. | |
| MATSON NAVIGATION COMPANY, INC., MATSON LOGISTICS, INC., | |
| Defendants. | |

## <u>CHARLIE HERMOSA'S MOTION TO MAINTAIN SEAL</u>

Charlie Hermosa, by his undersigned counsel, respectfully moves pursuant to Local Civil Rule 5.1(h) to maintain the sealed filing of Exhibit 450 to the Declaration of Rachel S. Brass (ECF Nos. 109-122) ("Brass Declaration") filed in support of Defendants' motion for summary judgment:

1. Exhibit 450 constitutes confidential discovery material protected under section 2.6 (defining material to be designated as "Confidential") of the Stipulated Protective Order (ECF No. 41).

2. Paragraph 10.1 of the Protective Order requires Defendants to file under seal all information that has been designated confidential discovery material, i.e., documents covered under the above-referenced section 2.6 of the Protective Order.

3. Exhibit 450 had previously been designated as "Highly Confidential – Attorneys' Eyes Only." Upon review, Mr. Hermosa hereby updates the confidentiality designation of Exhibit 450 to be "Confidential" under section 2.6 of the Stipulated Protective.  The exhibit is a private communication between Mr. Hermosa and a

non-party which constitutes "[s]ensitive, non-public personal . . . information concerning individuals or other entities," and as such should remain Confidential under the Protective Order. *Id*. The document itself references the confidentiality of the communication. *See* Ex. 450 at HERMOSA_000003.

In light of the above, Mr. Hermosa, by his undersigned counsel, now moves to maintain the sealed filing of Exhibit 450.

Dated:  March 19, 2024

*/s/ Kevin N Dorn*
Kevin N. Dorn (DC Bar 90002922)
John R. Fornaciari (DC Bar 152801)
BAKER & HOSTETLER LLP
Washington Square, Suite 1100
1050 Connecticut Avenue, NW
Washington, DC  20036-5403
Tel:    202.861.1702
Fax:    202.861.1783
Email: KDorn@bakerlaw.com
        JFornaciari@bakerlaw.com

*Counsel for Charlie Hermosa*

## <u>CERTIFICATE OF SERVICE</u>

Pursuant to Local Civil Rule 5.3, I hereby certify that on this 19th day of March, 2024, I caused the foregoing to be served on all parties via the Court's ECF service.


Dated:  March 19, 2024                             */s/ Kevin N. Dorn*
                                                        Kevin N. Dorn (DC Bar 90002922)

                                                        *Counsel for Charlie Hermosa*