**PLACEHOLDER FOR DOCUMENT FILED UNDER SEAL**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN PRESIDENT LINES, LLC, APL MARITIME, LTD., APL MARINE SERVICES, LTD., <br><br> Plaintiffs, <br><br> v. <br><br> MATSON NAVIGATION COMPANY, INC., MATSON LOGISTICS, INC., <br><br> Defendants. | No. 1:21-cv 2040-CRC <br><br> **ORAL ARGUMENT REQUESTED** |

**DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION TO EXCLUDE THE OPINIONS AND TESTIMONY OF ASHLEY LANGER, PH.D.**