UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **AMERICAN PRESIDENT LINES, LLC**, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>**MATSON, INC.**, *et al.*,<br><br>Defendants. | Case No. 21-cv-2040 (CRC) |

# ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that [107] Defendants' Motion for Summary Judgment is GRANTED.  It is further

**ORDERED** that [158] Plaintiffs' Motion for Partial Summary Judgment is DENIED.  It is further

**ORDERED** that [108] Defendants' Motion to Exclude is DENIED as moot.  It is further

**ORDERED** that [147] Plaintiffs' Motion to Exclude is DENIED as moot.  It is further

**ORDERED** that [153] Plaintiffs' Motion to Strike is DENIED as moot.  It is further

**ORDERED** that [146-1] Declaration of Frederick R. Warren-Boulton is STRICKEN.  It is further

**ORDERED** that the parties shall meet and confer and propose any targeted redactions to the Court's opinion by March 18, 2025.  It is further

**ORDERED** that the parties shall meet and confer regarding whether documents filed provisionally under seal can be unsealed.  If the parties agree on which documents may be unsealed, they shall file a joint status report by March 26, 2025.  It is further

**ORDERED** that if the parties cannot agree on unsealing, they shall, by April 10, 2025, file simultaneous briefs not to exceed 10 pages. The briefs shall address (1) why the materials relied on by the Court in its Opinion should not be unsealed; and (2) any objections they have to keeping documents not relied on by the Court in its Opinion under seal. The briefs shall also account for the factors listed in United States v. Hubbard, 650 F.2d 293 (D.C. Cir. 1980).

By April 25, 2025, the parties may file simultaneous response briefs, not to exceed 5 pages, responding to the other side's brief regarding sealing.

This is a final appealable order.

**SO ORDERED**.

Date: March 11, 2025

CHRISTOPHER R. COOPER
United States District Judge