IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN PRESIDENT LINES, LLC, APL MARITIME, LTD., APL MARINE SERVICES, LTD.,<br><br>Plaintiffs,<br><br>v.<br><br>MATSON NAVIGATION COMPANY, INC., MATSON LOGISTICS, INC.,<br><br>Defendants. | No. 1:21-cv-2040-CRC |

## SUPPLEMENTAL JOINT STATUS REPORT

Counsel for Plaintiffs American President Lines, LLC, APL Maritime Ltd., and APL Marine Services Ltd. ("APL") and Defendants Matson Navigation Company, Inc. and Matson Logistics, Inc. ("Matson," and together with APL the "Parties"), having met and conferred pursuant to the Court's March 11, 2025 Order (Dkt. No. 194), submit the following Supplemental Joint Status Report.

On March 17, 2025, March 25, 2025, March 28, 2025, and April 7, 2025, the Parties met and conferred regarding whether documents filed provisionally under seal should be unsealed. The Parties have reached the following preliminary agreement on the treatment of the materials in Appendices A–C:

- Each document in Appendices A and B was filed provisionally under seal by Matson pursuant to APL's designations under the Protective Order (Dkt. 41). Matson will file the documents in Appendix A publicly without redactions. The documents in Appendix B will either be maintained fully under seal or filed with redactions subject to agreement by the Parties. The Parties will continue to meet and confer on the scope of

the redactions of the documents in Appendix B and will file a stipulation effectuating their broader agreement, including the unsealing of the related briefing, when the agreement is final.

- Each document in Appendix C was filed provisionally under seal by APL pursuant to Matson's designations under the Protective Order (Dkt. 41).  APL will file the documents in Appendix C publicly without redactions.

The exhibits listed in Appendix D either reference or constitute documents or deposition testimony designated as "Confidential" or "Highly Confidential – Attorneys' Eyes Only" pursuant to the Protective Order (Dkt. 41) by a third party.  The Parties take no position as to the appropriateness of sealing information of the third parties, but the Parties ask that that Court permit the third-party materials to remain under seal until each third party is given the opportunity to be heard on sealing.  The Parties have sent notice to the third parties that their documents and data have been filed provisionally under seal, and several third parties have indicated that they do not consent to the unsealing of those materials.  The third parties who designated Dkts. 118-42, 120-69, 121-19, 122-12, 122-17, 122-18, 161, 161-2, 161-8, 162-1, and 162-21 under the Protective Order consent to unsealing.

Dated:  April 10, 2025

*/s/ John R. Fornaciari*
John R. Fornaciari (DC Bar 152801)
Danyll W. Foix (DC Bar 475503)
Sally Qin (DC Bar 1011432)
BAKER & HOSTETLER LLP
Washington Square, Suite 1100
1050 Connecticut Avenue, NW
Washington, DC  20036-5403
Tel:    202.861.1500
Fax:    202.861.1783
Email: JFornaciari@Bakerlaw.com
        DFoix@Bakerlaw.com
        SQin@Bakerlaw.com

_____

*Counsel for Plaintiffs American President Lines, LLC, APL Maritime, Ltd., and APL Marine Services, Ltd.*

 */s/ Rachel S. Brass*
Rachel S. Brass, *pro hac vice*
RBrass@gibsondunn.com
Caeli A. Higney, *pro hac vice*
CHigney@gibsondunn.com
Julian W. Kleinbrodt, *pro hac vice*
JKleinbrodt@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
One Embarcadero Center, Suite 2600
San Francisco, CA 94111
(415) 393-8200

Matthew Rozen, DC Bar No. 1023209
MRozen@gibsondunn.com
Amalia Reiss, DC Bar No. 241775
AReiss@gibsondunn.com
Harry R.S. Phillips, DC Bar No.
1617356
HPhillips@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1700 M Street, N.W.
Washington, DC 20036
(202) 955-8500

David Salant, *pro hac vice*
DSalant@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166
(212) 351-4000

*Counsel for Defendants Matson Navigation Company, Inc. and Matson Logistics, Inc.*

## Appendix A

| | | |
|---|---|---|
| Dkt. 118-1 | Dkt. 118-2 | Dkt. 118-4 |
| Dkt. 118-5 | Dkt. 118-8 | Dkt. 118-11 |
| Dkt. 118-12 | Dkt. 118-14 | Dkt. 118-15 |
| Dkt. 118-16 | Dkt. 118-17 | Dkt. 118-18 |
| Dkt. 118-19 | Dkt. 118-20 | Dkt. 118-21 |
| Dkt. 118-23 | Dkt. 118-26 | Dkt. 118-27 |
| Dkt. 118-29 | Dkt. 118-30 | Dkt. 118-31 |
| Dkt. 118-32 | Dkt. 118-33 | Dkt. 118-34 |
| Dkt. 118-35 | Dkt. 118-36 | Dkt. 118-37 |
| Dkt. 118-38 | Dkt. 118-39 | Dkt. 118-40 |
| Dkt. 118-44 | Dkt. 118-46 | Dkt. 118-48 |
| Dkt. 118-51 | Dkt. 118-52 | Dkt. 118-53 |
| Dkt. 118-54 | Dkt. 118-55 | Dkt. 118-57 |
| Dkt. 118-61 | Dkt. 118-62 | Dkt. 118-63 |
| Dkt. 118-64 | Dkt. 118-65 | Dkt. 118-66 |
| Dkt. 118-67 | Dkt. 118-68 | Dkt. 119-1 |
| Dkt. 119-2 | Dkt. 119-4 | Dkt. 119-5 |
| Dkt. 119-6 | Dkt. 119-7 | Dkt. 119-8 |
| Dkt. 119-9 | Dkt. 119-10 | Dkt. 119-11 |
| Dkt. 119-12 | Dkt. 119-13 | Dkt. 119-14 |
| Dkt. 119-15 | Dkt. 119-16 | Dkt. 119-17 |
| Dkt. 119-18 | Dkt. 119-19 | Dkt. 119-20 |
| Dkt. 119-21 | Dkt. 119-22 | Dkt. 119-23 |
| Dkt. 119-24 | Dkt. 119-25 | Dkt. 119-26 |
| Dkt. 119-27 | Dkt. 119-28 | Dkt. 119-29 |
| Dkt. 119-30 | Dkt. 119-31 | Dkt. 119-32 |
| Dkt. 119-33 | Dkt. 119-34 | Dkt. 119-35 |
| Dkt. 119-36 | Dkt. 119-37 | Dkt. 119-38 |
| Dkt. 119-39 | Dkt. 119-40 | Dkt. 119-41 |
| Dkt. 119-42 | Dkt. 119-44 | Dkt. 119-45 |
| Dkt. 119-46 | Dkt. 119-47 | Dkt. 119-48 |
| Dkt. 119-49 | Dkt. 119-50 | Dkt. 119-51 |
| Dkt. 119-52 | Dkt. 119-53 | Dkt. 119-54 |
| Dkt. 119-55 | Dkt. 119-56 | Dkt. 119-57 |
| Dkt. 119-58 | Dkt. 119-59 | Dkt. 119-60 |
| Dkt. 119-61 | Dkt. 119-62 | Dkt. 119-63 |
| Dkt. 119-64 | Dkt. 119-65 | Dkt. 119-66 |
| Dkt. 119-67 | Dkt. 119-68 | Dkt. 119-69 |
| Dkt. 119-70 | Dkt. 119-71 | Dkt. 119-72 |
| Dkt. 119-73 | Dkt. 119-74 | Dkt. 119-75 |
| Dkt. 119-76 | Dkt. 119-77 | Dkt. 119-78 |
| Dkt. 119-79 | Dkt. 119-80 | Dkt. 119-81 |
| Dkt. 119-82 | Dkt. 119-83 | Dkt. 119-84 |

| | | |
|---|---|---|
| Dkt. 119-85 | Dkt. 119-86 | Dkt. 119-87 |
| Dkt. 119-88 | Dkt. 119-89 | Dkt. 119-90 |
| Dkt. 119-91 | Dkt. 119-92 | Dkt. 119-93 |
| Dkt. 120-1 | Dkt. 120-2 | Dkt. 120-3 |
| Dkt. 120-4 | Dkt. 120-5 | Dkt. 120-6 |
| Dkt. 120-10 | Dkt. 120-11 | Dkt. 120-13 |
| Dkt. 120-14 | Dkt. 120-15 | Dkt. 120-16 |
| Dkt. 120-17 | Dkt. 120-18 | Dkt. 120-19 |
| Dkt. 120-20 | Dkt. 120-21 | Dkt. 121-1 |
| Dkt. 120-22 | Dkt. 120-23 | Dkt. 120-24 |
| Dkt. 120-25 | Dkt. 120-26 | Dkt. 120-27 |
| Dkt. 120-28 | Dkt. 120-29 | Dkt. 120-30 |
| Dkt. 120-31 | Dkt. 120-32 | Dkt. 120-33 |
| Dkt. 120-34 | Dkt. 120-35 | Dkt. 120-36 |
| Dkt. 120-37 | Dkt. 120-38 | Dkt. 120-39 |
| Dkt. 120-40 | Dkt. 120-41 | Dkt. 120-42 |
| Dkt. 120-43 | Dkt. 120-44 | Dkt. 120-45 |
| Dkt. 120-46 | Dkt. 120-47 | Dkt. 120-48 |
| Dkt. 120-49 | Dkt. 120-50 | Dkt. 120-51 |
| Dkt. 120-52 | Dkt. 120-53 | Dkt. 120-54 |
| Dkt. 120-55 | Dkt. 120-56 | Dkt. 120-57 |
| Dkt. 120-58 | Dkt. 120-59 | Dkt. 120-60 |
| Dkt. 120-61 | Dkt. 120-62 | Dkt. 120-63 |
| Dkt. 120-64 | Dkt. 120-65 | Dkt. 120-66 |
| Dkt. 120-67 | Dkt. 120-68 | Dkt. 120-70 |
| Dkt. 120-71 | Dkt. 120-72 | Dkt. 120-73 |
| Dkt. 120-74 | Dkt. 120-75 | Dkt. 120-76 |
| Dkt. 120-77 | Dkt. 120-78 | Dkt. 120-79 |
| Dkt. 120-80 | Dkt. 120-81 | Dkt. 120-82 |
| Dkt. 120-84 | Dkt. 120-85 | Dkt. 121-2 |
| Dkt. 121-3 | Dkt. 121-4 | Dkt. 121-5 |
| Dkt. 121-6 | Dkt. 121-7 | Dkt. 121-8 |
| Dkt. 121-9 | Dkt. 121-10 | Dkt. 121-11 |
| Dkt. 121-12 | Dkt. 121-13 | Dkt. 121-14 |
| Dkt. 121-15 | Dkt. 121-16 | Dkt. 121-17 |
| Dkt. 121-18 | Dkt. 121-20 | Dkt. 121-21 |
| Dkt. 121-22 | Dkt. 121-23 | Dkt. 121-24 |
| Dkt. 121-25 | Dkt. 121-26 | Dkt. 121-27 |
| Dkt. 121-28 | Dkt. 121-29 | Dkt. 121-31 |
| Dkt. 121-32 | Dkt. 121-33 | Dkt. 121-34 |
| Dkt. 121-35 | Dkt. 121-36 | Dkt. 121-37 |
| Dkt. 121-38 | Dkt. 121-40 | Dkt. 121-41 |
| Dkt. 121-42 | Dkt. 121-43 | Dkt. 121-44 |
| Dkt. 121-46 | Dkt. 121-47 | Dkt. 121-48 |
| Dkt. 121-49 | Dkt. 121-50 | Dkt. 121-52 |

| | | |
|---|---|---|
| Dkt. 121-54 | Dkt. 121-56 | Dkt. 121-58 |
| Dkt. 121-60 | Dkt. 121-62 | Dkt. 121-64 |
| Dkt. 121-66 | Dkt. 121-67 | Dkt. 121-68 |
| Dkt. 121-69 | Dkt. 121-70 | Dkt. 121-71 |
| Dkt. 121-72 | Dkt. 121-76 | Dkt. 121-77 |
| Dkt. 122-1 | Dkt. 122-2 | Dkt. 122-3 |
| Dkt. 122-4 | Dkt. 122-5 | Dkt. 122-7 |
| Dkt. 122-8 | Dkt. 122-10 | Dkt. 122-11 |
| Dkt. 122-13 | Dkt. 122-14 | Dkt. 122-16 |
| Dkt. 122-19 | Dkt. 122-21 | Dkt. 122-22 |
| Dkt. 122-23 | Dkt. 122-24 | Dkt. 122-25 |
| Dkt. 122-26 | Dkt. 122-29 | Dkt. 122-31 |
| Dkt. 122-32 | Dkt. 122-33 | Dkt. 122-34 |
| Dkt. 122-35 | Dkt. 122-36 | Dkt. 122-37 |
| Dkt. 122-38 | Dkt. 122-39 | Dkt. 122-40 |
| Dkt. 122-41 | Dkt. 122-42 | Dkt. 122-43 |
| Dkt. 122-44 | Dkt. 122-45 | Dkt. 122-46 |
| Dkt. 122-47 | Dkt. 122-48 | Dkt. 122-49 |
| Dkt. 174-3 | Dkt. 174-4 | Dkt. 174-5 |
| Dkt. 174-6 | Dkt. 174-7 | Dkt. 174-12 |
| Dkt. 174-13 | | |

## Appendix B

| | | |
|---|---|---|
| Dkt. 118-3 | Dkt. 118-6 | Dkt. 118-7 |
| Dkt. 118-9 | Dkt. 118-10 | Dkt. 118-13 |
| Dkt. 118-22 | Dkt. 118-24 | Dkt. 118-25 |
| Dkt. 118-28 | Dkt. 118-41 | Dkt. 118-47 |
| Dkt. 118-49 | Dkt. 118-50 | Dkt. 118-56 |
| Dkt. 118-58 | Dkt. 118-59 | Dkt. 118-69 |
| Dkt. 120-9 | Dkt. 120-12 | Dkt. 121-30 |
| Dkt. 121-51 | Dkt. 121-53 | Dkt. 121-55 |
| Dkt. 121-57 | Dkt. 121-59 | Dkt. 121-61 |
| Dkt. 121-63 | Dkt. 121-65 | Dkt. 122-6 |
| Dkt. 122-9 | Dkt. 122-28 | Dkt. 146-1 |

## Appendix C

| | | |
|---|---|---|
| Dkt. 161-1 | Dkt. 161-3 | Dkt. 161-4 |
| Dkt. 161-5 | Dkt. 161-10 | Dkt. 161-11 |
| Dkt. 161-12 | Dkt. 161-13 | Dkt. 162 |
| Dkt. 162-2 | Dkt. 162-3 | Dkt. 162-4 |
| Dkt. 162-5 | Dkt. 162-6 | Dkt. 162-7 |

| | | |
|---|---|---|
| Dkt. 162-8 | Dkt. 162-9 | Dkt. 162-10 |
| Dkt. 162-11 | Dkt. 162-12 | Dkt. 162-13 |
| Dkt. 162-14 | Dkt. 162-15 | Dkt. 162-16 |
| Dkt. 162-17 | Dkt. 162-18 | Dkt. 162-19 |
| Dkt. 162-23 | Dkt. 162-24 | Dkt. 162-27 |
| Dkt. 162-28 | Dkt. 163 | Dkt. 163-2 |
| Dkt. 163-3 | Dkt. 163-4 | Dkt. 163-5 |

## **Appendix D**

| | | |
|---|---|---|
| Dkt. 118-3 | Dkt. 118-9 | Dkt. 118-42 |
| Dkt. 118-43 | Dkt. 118-45 | Dkt. 118-47 |
| Dkt. 119-43 | Dkt. 120-69 | Dkt. 121-19 |
| Dkt. 121-39 | Dkt. 121-45 | Dkt. 121-73 |
| Dkt. 121-74 | Dkt. 121-75 | Dkt. 122-6 |
| Dkt. 122-12 | Dkt. 122-17 | Dkt. 122-18 |
| Dkt. 122-20 | Dkt. 122-27 | Dkt. 122-30 |
| Dkt. 146-1 | Dkt. 161 | Dkt. 161-2 |
| Dkt. 161-6 | Dkt. 161-7 | Dkt. 161-8 |
| Dkt. 161-9 | Dkt. 162-1 | Dkt. 162-20 |
| Dkt. 162-21 | Dkt. 162-22 | Dkt. 162-25 |
| Dkt. 162-26 | Dkt. 183 | |