IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN PRESIDENT LINES, LLC, APL MARITIME, LTD., APL MARINE SERVICES, LTD.,<br><br>Plaintiffs,<br><br>v.<br><br>MATSON NAVIGATION COMPANY, INC., MATSON LOGISTICS, INC.,<br><br>Defendants. | No. 1:21-cv-2040-CRC |

### DEFENDANTS' NOTICE TO THE COURT REGARDING DKT. 209

Defendants Matson Navigation Company, Inc., and Matson Logistics, Inc. (collectively, "Matson") submit this notice to clarify that it did not file a motion to strike on May 6, 2025 or May 7, 2025 (*see* Dkts. 208 & 209). Matson's May 6, 2025 filing was a stipulation regarding the parties' agreement on sealing parts of the record filed in support of their motions for summary judgment, *Daubert* motions, and Plaintiffs' motion to strike. This stipulation was filed in response to the Court's March 11, 2025 Order (*see* Dkt. 194), and does not include a motion to strike. Matson respectfully requests that Dkt. 209 be stricken from the docket.

Dated:   May 8, 2025

Respectfully submitted,

*/s/ Rachel S. Brass*

Rachel S. Brass, *pro hac vice*
RBrass@gibsondunn.com
Caeli A. Higney, *pro hac vice*
CHigney@gibsondunn.com
Julian W. Kleinbrodt, *pro hac vice*
JKleinbrodt@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
One Embarcadero Center, Suite 2600
San Francisco, CA 94111
(415) 393-8200

1

Matthew S. Rozen, DC Bar No. 1023209
MRozen@gibsondunn.com
Amalia Reiss, DC Bar No. 241775
AReiss@gibsondunn.com
Harry R.S. Phillips, DC Bar No. 1617356
HPhillips@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1700 M Street N.W.
Washington, D.C. 20036
(202) 955-8500

David Salant, *pro hac vice*
DSalant@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166
(212) 351-4000

*Counsel for Defendants Matson Navigation Company, Inc. and Matson Logistics, Inc.*

## **CERTIFICATE OF SERVICE**

Pursuant to Local Civil Rule 5.3, I hereby certify that, on May 8, 2025, I caused to be served on Plaintiffs the foregoing submission via CM/ECF.

Dated:   May 8, 2025                                              */s/ Rachel S. Brass*

                                                                            Rachel S. Brass, *pro hac vice*